IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 2 7 2005

CLERK

KATHY WINSTON, M.D.,

      Plaintiff,

v.                              No. CIV 03-1221 JC/ACT

CONCENTRA HEALTH SERVICES, INC. and
OCCUPATIONAL HEALTH CENTERS OF LOUISIANA,

      Defendants.

## JUDGMENT

THIS MATTER came on for trial on January 12 through January 14, 2005, before the Court and a jury, the Honorable John Edwards Conway, Senior United States District Judge, presiding. The issue having been duly tried and the jury having duly rendered its verdict on January 14, 2005 in favor of Plaintiff, for $56,000.00 in compensatory damages and $610,000.00 in punitive damages,

IT IS ORDERED AND ADJUDGED

1.     That Plaintiff Kathy Winston shall recover on the jury's verdict the sum of $666,000.00;

2.     That Plaintiff shall recover prejudgment interest in the amount of $5,600.00; and

3.     That judgment is hereby entered in favor of Plaintiff and against Defendants in the total amount of $671,600.00.

DATED this 25th day of January, 2005.

_____
JOHN EDWARDS CONWAY
United States District Court Judge


APPROVED AS TO FORM:

MADISON, HARBOUR, MROZ & BRENNAN, P.A.


By::/s/::filed electronically on 01/25/05
  Timothy L. White
  PO Box 25467
  Albuquerque, New Mexico 87125-5467
  (505) 242-2177
*Attorneys for Plaintiff*


GUEBERT, BRUCKNER & BOOTES, P.C.


By: approved electronically on 01/25/05
  Ramona G. Bootes
  6723 Academy Road, N.E.
  Albuquerque, New Mexico 87109
  (505) 823-2300
*Attorneys for Defendants*
N:\23052\03001\PLG\Judgment.doc