IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KATHY WINSTON, M.D.,

      Plaintiff,

vs.                                                  No. CIV 03-1221 JC/ACT

CONCENTRA HEALTH SERVICES, INC., and
OCCUPATIONAL HEALTH CENTERS OF
LOUISIANA,

      Defendants.

## AMENDED JUDGMENT

THIS MATTER came on for trial on January 12 through January 14, 2005, before the Court and a jury, the Honorable John Edwards Conway, Senior United States District Judge, presiding. The issue having been duly tried and the jury having duly rendered its verdict on January 14, 2005 in favor of Plaintiff, for $56,000.00 in compensatory damages and $610,000.00 in punitive damages,

**IT IS ORDERED AND ADJUDGED that**

1. **Plaintiff shall recover on the jury's verdict the sum of $666,000.00;**

2. **Plaintiff shall recover pre-judgment interest in the amount of $5,600.00;**

3. **Judgment is hereby entered in favor of Plaintiff and against Defendants in the total amount of $671,600.00;**

**and**

4. **This judgment shall bear post-judgment interest pursuant to 28 U.S.C. Section 1961(a) from January 27, 2005.**

Dated June 16, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE

Counsel for Plaintiff:

    Timothy White, Esq.
    Madison, Harbour, Mroz & Brennan, P.A.
    Albuquerque, New Mexico

Counsel for Defendants:

    Terry Guebert, Esq.
    RaMona Bootes, Esq.
    Guebert, Bruckner & Bootes, P.C.
    Albuquerque, New Mexico